COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Friede & Goldman, LLC f/k/a FGL Buyer, LLC d/b/a Friede & Goldman, Ltd.

Appellate case number:    01-18-00409-CV

Trial court case number:   2016-29340

Trial court:              125th District Court of Harris County

Relator, Friede & Goldman, LLC f/k/a FGL Buyer, LLC d/b/a Friede & Goldman, Ltd., has filed a petition for a writ of mandamus in this Court. Real parties in interest have filed a "Motion to Strike, on in the Alternative, Motion for Leave to Reply to 'Response of ABS Entities Joining and Adopting Friede & Goldman, LLC's Petition for Writ of Mandamus.'"

The motion to strike the "Response of ABS Entities Joining and Adopting Friede & Goldman, LLC's Petition for Writ of Mandamus" is **denied**.

The motion for leave to file a reply to the "Response of ABS Entities Joining and Adopting Friede & Goldman, LLC's Petition for Writ of Mandamus" is **dismissed as moot**. Real parties in interest's "Response to 'Response of ABS Entities Joining and Adopting Friede & Goldman, LLC's Petition for Writ of Mandamus'" was filed in this proceeding on June 21, 2018.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                    ☒ Acting individually    ☐ Acting for the Court

Date: June 28, 2018